Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY FABRICANT, individually and on behalf of all others similarly situated,<br>Plaintiff<br><br>vs.<br>Vuuzle Media Corp. et al<br>Defendant. | Case No.:<br><br>2:20-cv-01069-PA-E<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE.** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses this action without prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

Respectfully submitted this 3rd Day of February, 2020.

By: s/Todd M. Friedman Esq.
Todd M. Friedman
Attorney For Plaintiff

**CERTIFICATE OF SERVICE**

1  Filed electronically on February 3, 2020, with:

2  United States District Court CM/ECF system

3

4  Notification sent electronically on February 3, 2020, to:

5  To the Honorable Court, all parties and their Counsel of Record

6

7  s/ Todd M. Friedman

8     Todd M. Friedman